```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6
7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-MJ-0174 SMS |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER FOR DISMISSAL OF CRIMINAL COMPLAINT |
| v. | ) | |
| ENRIQUE LOPEZ-MADRIGAL, | ) | |
| Defendant. | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to recall the Arrest Warrant and dismiss the Complaint against ENRIQUE LOPEZ-MADRIGAL in the interest of justice.

Dated: April 19, 2010

BENJAMIN B. WAGNER
United States Attorney

By :   /s/ Kathleen A. Servatius
       KATHLEEN A. SERVATIUS
       Assistant U.S. Attorney

1

1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-MJ-0174 SMS |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER FOR |
| | ) | DISMISSAL OF CRIMINAL COMPLAINT |
| v. | ) | |
| | ) | |
| ENRIQUE LOPEZ-MADRIGAL, | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

IT IS HEREBY ORDERED that the Arrest Warrant be recalled and the Complaint against ENRIQUE LOPEZ-MADRIGAL be dismissed in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 19, 2010**                    **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE

2